# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Stephen Sings,

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                      3:05-cv-110

Reggie Weisner, Supt,

    Defendant(s).


DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/2/05 Order.

**Signed: September 2, 2005**

Frank G. Johns, Clerk
United States District Court